UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

          Case No. 14-24390-RBR
          Chapter 7

ALI REZA ZARGARAN,

     Debtor.
_____/
KENNETH A. WELT, as Chapter 7 Trustee for     Adv. Pro. No. 14-01894-RBR
Ali Reza Zargaran,

     Plaintiff,

v.

ALI REZA ZARGARAN, MARYAM BAKER,
and ALI REZA ZARGARAN, M.D. PA.,

     Defendants.
_____/

## NOTICE OF LIS PENDENS

TO:    ALI ZARGARAN & MARYAM BAKER, and all others to whom it may concern:

    You are notified of the interest held by Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the *"Trustee"*) for the bankruptcy estate of ALI REZA ZARGARAN (the *"Debtor"*), in the following real property (*"Property"*) located at 10431 Springcroft Court, Helotes, TX 78023, described as:

    CB 4557A (BRIDGEPOINT UT-8 & 15), BLOCK 8 LOT 20.

    No liens or encumbrances shall or may be placed on the Property without the express consent of the Trustee pursuant to § 549 of the United States Bankruptcy Code.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2014, a true and correct copy of the foregoing was served via U.S. Mail upon: Ali Reza Zargaran, 1749 SE 10 Street, Ft Lauderdale, FL 33316-1423.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*
