UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                Case No. 14-24390-RBR
                Chapter 7

ALI REZA ZARGARAN,

      Debtor.
_____/
KENNETH A. WELT, as Chapter 7 Trustee for    Adv. Pro. No. 14-01894-RBR
Ali Reza Zargaran,

      Plaintiff,

v.

ALI REZA ZARGARAN, MARYAM BAKER,
and ALI REZA ZARGARAN, M.D. PA.,

      Defendants.
_____/

## **CERTIFICATE OF SERVICE (SUMMONS SERVICE EXECUTED)**

     I HEREBY CERTIFY that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Trustee's Complaint for Declaratory Judgment, Alter Ego, Turnover, Constructive Trust, Injunction, Substantive Consolidation, Unjust Enrichment, Recovery of Postpetition Transfers, and Denial Of Discharge [ECF No. 1], Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 2]; and Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3] was made on December 19, 2014, by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to the defendant at:

> ALI REZA ZARGARAN, M.D., P.A.
> 50 N.E. 26TH AVENUE, #404
> POMPANO BEACH, FL 33062.

Dated: December 22, 2014.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Trustee*
