CAUSE NO. 14-01894-RBR

| | | |
|---|---|---|
| KENNETH A. WELT | § § § | IN THE |
| VS | § § | UNITED STATES BANKRUPTCY COURT |
| ALIREZA ZARGARAN ET AL | § § § | FORT LAUDERDALE DIVISION, FL |

## RETURN OF SERVICE

Came to hand: December 18, 2014, at 04:54 PM

☑ SUMMONS
☑ (AND NOTICE OF PRETRIAL/TRIAL), TRUSTEE'S COMPLAINT FOR DECLARATORY JUDGEMENT AND ORDER SETTING REQUIREMENTS TO, MARYAM BAKER, AS DIRECTED

Executed on: December 18, 1218 at 06:05 AM.

Executed at: 10431 SPRINGCROFT COURT HELOTES, TX 78023, within the county of BEXAR, by delivering to MARYAM BAKER in person a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to this case, nor am I related to, employed by, or otherwise connected to any party or any party's attorney in this case; and I have no interest in the outcome of the above numbered suit. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude.

Every statement in this Return is true and correct
Sworn to this 22 day of Dec, 2014.

_____
ANDREW C MANGER IV     SCH #822
Expiration Date: 08/31/2017

## VERIFICATION

THE STATE OF TEXAS     §
COUNTY OF Bexar        §
                       §

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 22 day of Dec, 2014.

_____
Notary Public

**COSHENA MEYER**
Notary Public, State of Texas
My Commission Expires
April 19, 2018

196497                                                    14-12-5210.1