UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor. | |
| _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | Adv. Pro. No. 14-01894-RBR |
| Plaintiff, | |
| v. | |
| ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA., | |
| Defendants. | |
| _____/ | |

**VERIFIED APPLICATION FOR THE ENTRY OF A
CLERK'S DEFAULT AS TO ALL DEFENDANTS**

KENNETH A. WELT, the Chapter 7 trustee (the *"Plaintiff"*) for the bankruptcy estate of Ali Reza Zargaran (the *"Debtor"*) applies, pursuant to Fed. R. Bankr. P. 7055, and LR 7055-1, for the for entry of a default as to ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA. (collectively, the *"Defendants"*).

1. On December 16, 2014, this case began through the filing of a complaint. [ECF No.1] (the *"Complaint"*).

2. On December 17, 2014, the clerk issued a summons [ECF No. 2] (the *"Summons"*) as to all three Defendants. The Summons set forth that a responsive pleading to the Complaint must be

served by January 16, 2015.

3. On December 18, 2014, the Summons and Complaint were served upon Ali Reza Zargaran by delivering a copy of the Summons and of the Complaint to Ali Reza Zargaran, personally, at 10431 Springcroft Court, Helotes, TX 78023, where he currently resides, in accordance with Fed. R. Civ. P. 4(e)(2)(A), as integrated by Fed. R. Bankr. P. 7004(a)(1). A copy of the verified return of service is attached as Exhibit A.

4. On December 18, 2014, the Summons and Complaint were served upon Maryam Baker by delivering a copy of the Summons and of the Complaint to Maryam Baker, personally, at 10431 Springcroft Court, Helotes, TX 78023, where she currently resides, in accordance with Fed. R. Civ. P. 4(e)(2)(A), as integrated by Fed. R. Bankr. P. 7004(a)(1). A copy of the verified return of service is attached as Exhibit B

5. On December 19, 2014, Ali Reza Zargaran, M.D., P.A. was served via postage prepaid, U.S. first class mail, pursuant to Fed.R.Bankr.P. 7004(b)(3). A copy of the certificate of service is attached as Exhibit C.

6. Accordingly, all Defendants have been properly served with the Complaint.

7. No response of any kind has been served on the Plaintiff as of the 18th day of January, 2015.

8. Neither Ali Reza Zargaran nor Maryam Baker is a member of the military.

WHEREFORE, KENNETH A. WELT, the Chapter 7 trustee for the bankruptcy estate of Ali Reza Zargaran requests that the clerk enter a default against ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA., and enter such other and further relief as is just and appropriate.

I, Lawrence E. Pecan, declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on this 18th day of January, 2015.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Ste. 3200
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Trustee Welt*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2015, I caused a copy of this document and its attachments to be mailed, via US First Class mail, postage fully prepaid, to Ali Reza Zargaran, 1749 SE 10 St, Ft Lauderdale, FL 33316; Ali Reza Zargaran, 10431 Springcroft Court, Helotes, TX 78023; Maryam Baker, 1749 SE 10 St, Ft Lauderdale, FL 33316; Maryam Baker, 10431 Springcroft Court, Helotes, TX 78023; and Ali Reza Zargaran M.D. P.A., 50 N.E. 26TH AVENUE Suite 404, Pompano Beach, FL 33062.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire

---

[1] This document is executed pursuant to 28 U.S.C. § 1746 and thus is deemed verified, notwithstanding that it is not notarized.