Form CGFD61  (9/19/08)

## United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number:** 14–24390–RBR                    **Adversary Number:** 14–01894–RBR

In re:

**Name of Debtor(s):** Ali Reza Zargaran

—————————————————————————————/

**Kenneth A. Welt**

Plaintiff(s)

**VS.**

**Ali Reza Zargaran, Maryam Baker and Ali Reza Zargaran M.D. P.A.**

Defendant(s)

—————————————————————————————/

# ENTRY OF DEFAULT

A motion for entry of default has been filed pursuant to Local Rule 7055–1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

| Name: **MARYAM BAKER** |
|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**Dated: 1/20/15**                    **CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk (954) 769–5700

The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding