CGFD81 (11/4/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:** 14–24390–RBR                             **Adversary Number:** 14–01894–RBR

In re:

**Name of Debtor(s):** Ali Reza Zargaran

_____/

**Kenneth A. Welt**

Plaintiff(s)

**VS.**

**Ali Reza Zargaran, Maryam Baker and Ali Reza Zargaran M.D. P.A.**

Defendant(s)

_____/

## NOTICE OF ENTRY ON DOCKET OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Notice is hereby provided pursuant to Bankruptcy Rule 9033(a) that the proposed findings of fact and conclusions of law (copy attached) in the above referenced proceeding was entered on **2/11/15**.

**Dated: 2/11/15**                                **CLERK OF COURT**
                                                  By: <u>Desiree Grooms</u>
                                                  Deputy Clerk

The clerk shall serve this notice and a copy of the proposed findings of fact and conclusions of law on all parties of record.