UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor. | |
| _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | Adv. Pro. No. 14-01894-RBR |
| Plaintiff, | |
| v. | |
| ALI REZA ZARGARAN, MARYAM BAKER, and ALI REZA ZARGARAN, M.D. PA., | |
| Defendants. | |
| _____/ | |

### NOTICE OF FILING

Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the *"Trustee"*), by and through undersigned counsel, provides notice upon all parties in this proceeding, of the complete docket for Ali Reza Zargaran's Petition for Name Change in the Bexar County District Court; Cause Number 2014CI9219 (the *"Bexar Case"*).

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on February 19, 2015, via U.S. Mail upon: Ali Reza Zargaran n/k/a Moshe Goldsmith, 1749 SE 10 St, Ft Lauderdale, FL 33316; Ali Reza Zargaran n/k/a Moshe Goldsmith, 10431 Springcroft Court, Helotes, TX 78023; Maryam Baker, 1749 SE 10 St, Ft Lauderdale, FL 33316; Maryam Baker, 10431 Springcroft Court, Helotes, TX 78023; and Ali Reza Zargaran M.D. P.A., 50 N.E. 26TH Avenue Suite 404, Pompano Beach, FL 33062.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*

CAUSE NO. 2014CI19219

| | | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| | § | |
| ALI REZA ZARGARAN, | § | 150TH JUDICIAL DISTRICT |
| | § | |
| AN ADULT | § | BEXAR COUNTY, TEXAS |

### ORDER GRANTING NAME CHANGE OF ADULT

On December 16, 2014, came on to be heard the Petition to Change the Name of an Adult of Ali Reza Zargaran, Petitioner.

*1.   Appearances*

Petitioner, ALI REZA ZARGARAN, appeared in person and by his attorney of record, Patrick J. Toscano, and announced ready.

*2.   Record*

The making of a record of testimony was waived by Petitioner with the consent of the Court.

*3.   Jurisdiction*

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, finds that it has jurisdiction over this cause of action and ALI REZA ZARGARAN, Petitioner.

*4.   Findings*

The Court, having considered the pleadings and having heard the evidence presented makes the following findings:

Petitioner is an adult.

Petitioner's full true name is ALI REZA ZARGARAN and the full name requested for the Petitioner is MOSHE GOLDSMITH.

Petitioner's place of residence is 10431 Springcroft Court, Helotes, Bexar County, Texas 78023.

Petitioner is a white male who was born on August 18, 1960 in Tehran, Markazi, Iran.

Petitioner's driver's license number of any license issued within the past ten years is:

███████████ issued by the State of Florida.

Petitioner's Social Security Number is ███████

Petitioner has no FBI number.

Petitioner's Texas SID number is ███████.

No offense has been charged against Petitioner above the grade of Class C misdemeanor.

Petitioner has not been finally convicted of a felony and is not subject to the sexual offender registration requirements of Chapter 62 of the Texas Code of Criminal Procedure.

Petitioner's *Petition to Change the Name of an Adult* included a legible and complete copy of Petitioner's fingerprints.

Petitioner's change of name is in the interest or to the benefit of Petitioner and is in the interest of the public.

Pursuant to Section 45.104 of the Texas Family Code, the change of name granted in this Order does not release the Petitioner from any liability incurred in the Petitioner's previous name, nor does it defeat any right the Petitioner may have in his previous name.

5. **Order**

IT IS THEREFORE ORDERED that Petitioner's name is changed from ALI REZA ZARGARAN to MOSHE GOLDSMITH.

6. **Clarifying Orders**

Without affecting the finality of this Order, this Court expressly reserves the right to make other orders necessary to clarify or enforce this order, if needed.

7. **Relief Not Granted**

IT IS FURTHER ORDERED that all relief requested in this case and not expressly granted is denied.

8. **Date of Judgment**

SIGNED on DEC 16 2014 _____.

_____
HONORABLE JUDGE PRESIDING

2 | P a g e

**APPROVED AS TO FORM:**

**TOSCANO LAW FIRM, PC**
846 Culebra Rd., Ste. 104
San Antonio, Texas 78201
Telephone: (210) 732-6091
Facsimile: (210) 736-0439
toscanolawfirm@gmail.com

By: /s/ Patrick J. Toscano
     PATRICK J. TOSCANO
     State Bar No. 24025684

**ATTORNEY FOR PETITIONER**

2014-CI-19219
150TH JUDICIAL DISTRICT COURT
ALI R ZARGARAN TO MOSHE GOLDSMITH VS
DATE FILED: 12/11/2014

**Name Change of:**

Ali Reza Zargaran
*Print current full legal name of person asking for name change.*

In the _____
Court Number

☐ District Court  ☐ County Court at Law

Bexar _____ County, Texas

# Petition to Change the Name of an Adult

*(You must fill out every blank on this form or the judge will not be able to render a decision. Print your answers.)*

## I. Petitioner

1. My current legal name is:

   | Ali | Reza | Zargaran |
   |-----|------|----------|
   | First | Middle | Last |

2. I ask the Court to change my legal name to:

   | Moshe | | Goldsmith |
   |-------|---|----------|
   | First | Middle | Last |

3. The reason I want to change my name is:
   My current name is difficult to spell or pronounce, and my proposed name is more convenient and fits me better.

## II. Discovery Level

The discovery level in this case, if needed, is Level 1.

## III. Personal Information

My personal information is as follows:

1. Home Address: 10431 Springcroft Court, Helotes, County of Bexar, Texas 78023
   street address / city / county / state / zip code

2. Social Security Number: ███████████
   Or ☐ I don't have a Social Security Number.

3. All driver's license numbers issued to me during the last 10 years:

   | Driver's License Number | State that Issued License |
   |------------------------|---------------------------|
   | ███████████ | Florida |
   | | |

   Or ☐ I have not had a driver's license during the last 10 years.

4. Date of birth: August    18    1960
                   month    day    year
5. Place of birth: Tehran, Markazi, Iran
                   city         county        state        country
6. Gender: (Check one.) ☒ Male  ☐ Female
7. Race: White

## IV. Criminal History

1. Have you ever been **charged** with a Class A or B misdemeanor or a felony?  ☐ Yes  ☒ No

    If yes -- Write your FBI or SID numbers, if known:
    FBI (Federal Bureau of Investigations) # _____
    SID (State Identification) # _____

    List all Class A or B misdemeanors and felonies with which you have been charged, whether or not you were convicted. If you need more space, attach an additional page.

| Offense | Case Number | County | Court Number | Court |
|---|---|---|---|---|
| NONE | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |

2. Have you ever been **convicted** of a felony that has not been pardoned?  ☐ Yes  ☒ No

    If yes -- The court **may** order your name changed **if** at least 2 years have passed since you received a certificate of discharge from the Texas Department of Criminal Justice or completed court ordered community supervision or juvenile probation. *You must attach proof from the Texas Department of Criminal Justice.*

    List all of your **felony convictions** here. If you need more space, attach an additional page.

| Offense (convicted) | Cause Number | County | Court Number | Court |
|---|---|---|---|---|
| NONE | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |
| " | | | | ☐ District Court / ☐ County Court |

3. Are you required to register as a sex offender? ☐ Yes ☒ No

   *If yes -- You must submit to local law enforcement a completed Sex Offender Update Form to notify them that you are changing your name. You must attach a copy of the form you submitted.*

## V. Prayer

I believe this name change is in my interest or benefit and in the interest of the public.

I ask the Court to make an Order to change my name, and any other Orders I may be entitled to.

I swear under oath that the facts stated in this Petition are true and correct. I understand I could be prosecuted for lying on this form.

You must either: 1) sign this form in front of a notary public *or*
2) If you cannot sign in front of a notary public, sign this form and sign and attach a completed "Unsworn Declaration" form.

_____   Dec /10/2014
Signature of the person asking for a name change.   Date

**Notary fills out below.**

State of Texas, County of ___BEXAR___
(Print the name of county where this affidavit is notarized.)

Sworn to and subscribed before me, the undersigned authority, on this date: _12-10-14_

by __ALI REZA ZARGARAN__.
(Print the name of the person who is signing this Petition. NOT the notary's name.).

[Notary Seal: BRADLEY J THOMAS, Notary Public, State of Texas, My Commission Expires August 02, 2016]

▶ _____
Notary's signature

### You MUST attach these documents to your Petition:

☒ A legible and complete set of your fingerprints on a fingerprint card in a form acceptable to the Texas Department of Public Safety and Federal Bureau of Investigations. Write "**Exhibit A**" at the top.

☐ If you were convicted of a felony and it has been at least 2 years since you were discharged or completed probation or parole, attach proof from the Texas Department of Criminal Justice for each conviction. Write "**Exhibit B**" at the top.

☐ If you are required to register as a sex offender, attach a copy of the *Sex Offender Update* form you submitted to local law enforcement notifying them you are asking the Court to change your name. Write "**Exhibit C**" at the top.

# CERTIFICATION OF CRIMINAL HISTORY RECORD INFORMATION

STATE OF TEXAS
COUNTY OF TRAVIS

Pursuant to the authority contained in Rule 902, Sections 1 and 4, Texas Rules of Evidence, and Subchapter F, Chapter 411, Texas Government Code, I, Elaine Smith, Section Supervisor, Access and Dissemination Bureau, Crime Records Service, Texas Department of Public Safety, do hereby certify I am the deputy custodian of the criminal history record information of Crime Records Service of the Texas Department of Public Safety. I further certify that there is no record on file with the search criteria which was supplied, or that I am legally authorized to produce, for the following:

Texas SID: ▮▮▮▮▮▮▮▮

**TEXAS CRIMINAL HISTORY RECORD**
**ZARGARAN, ALI REZA**
Date of Birth: **8/18/1960**



In Testimony Whereof, I hereunto set my hand and affix the seal of the Texas Department of Public Safety. Done at my office in Austin, Texas on this 3rd day of December, 2014.

*Elaine Smith* (signature)

Elaine Smith
Section Supervisor
Access and Dissemination Bureau
Crime Records Service
Texas Department of Public Safety

# TEXAS DEPARTMENT OF PUBLIC SAFETY

## CRIMINAL HISTORY



The information contained in this record reflects only information contained in the Computerized Criminal History database maintained by the Texas Department of Public Safety. Contact the contributing agency for specific or additional information regarding charges or dispositions. The contents of this record are confidential and intended for dissemination only to criminal agencies or other individuals or agencies authorized by law to receive criminal history record information. UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD MAY RESULT IN SEVERE CRIMINAL PENALTIES. SEE SECTION 411.085 OF THE TEXAS GOVERNMENT CODE.

CRIME RECORDS SERVICE
P.O. BOX 4143
AUSTIN, TEXAS 78765-4143
PHONE 512-424-2079

**THE FOLLOWING PERSON HAS NO CRIMINAL HISTORY RECORD AT THE TEXAS DPS AS OF 12-03-2014**

**NAME (S)**
ZARGARAN,ALI REZA



**FBI NUMBER**

**DPS NUMBER**

**SOCIAL SECURITY**

**DRIVERS LICENSE**

**ID NUMBER**

**SEX**
M

**RACE**
A

**SKIN TONE**
MED

**HEIGHT**
508

**WEIGHT**
154

**DATE OF BIRTH**
08-18-1960

**HAIR COLOR**
GRY

**EYE COLOR**
BRO

**FINGERPRINT PATTERN**

**AFIS FINGERPRINTS**
SRWWRLWLWL

**RIDGE COUNT**

**PRIMARY CLASS**

**PLACE OF BIRTH**
IR

**CITIZEN**
US

**III CODE**

**SCARS, MARKS AND TATTOOS**

**ALIAS DOB**

**DNA**

**DATE OF REPORT**
12-03-2014

**ORIGINATION DATE**
12-02-2014

**DATE OF LAST UPDATE**
12-02-2014

END OF REPORT
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD MAY RESULT IN SEVERE CRIMINAL PENALTIES. SEE TEXAS GOVERNMENT CODE SECTION 411.085.

DOCUMENT SCANNED AS FILED



1110-0046 3/21/2010

# FEDERAL BUREAU OF INVESTIGATION
# UNITED STATES DEPARTMENT OF JUSTICE
## CJIS DIVISION/CLARKSBURG, WV 26306

# APPLICANT

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS.*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STSTES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

Please review this helpful information to aid in the successful processing of hard copy criminal and civil fingerprint submissions in order to prevent delays or rejections. Hard copy fingerprint submissions must meet specific criteria for processing by the Federal Bureau of Investigation.
- Ensure all information is typed or legibly printed using blue or black ink.
- Enter data within the boundaries of the designated field or block.
- Complete all required fields. (If a required field is left blank, the fingerprint card may be immediately rejected without further processing.)
  - The required fields for hard copy fingerprint cards are: originating agency identifier number - date of birth - place of birth - name - sex fingerprint impressions - any applicable state stamp - Other (race, height, weight, eye color, hair color)
    * criminal fingerprint cards also require an arrest charge and date of arrest.
    * civil fingerprint cards also require a reason fingerprinted and date fingerprinted

- Do not use highlighters on fingerprint cards.
- Do not enter data or labels within 'Leave Blank' areas.
- Ensure the 'Reply Desired' field is checked when applicable (criminal only).
- Ensure fingerprint impressions are rolled completely from nail to nail.
- Ensure fingerprint impressions are in the correct sequence.
- Ensure notations are made for any missing fingerprint impression (i.e. amputation).
- Do not use more than two retabs per fingerprint impression block.
- Ensure no stray marks are within the fingerprint impression blocks.

Training aids can be ordered online via the Internet by accessing the FBI's website at: fbi.gov, click on 'Fingerprints', then click on 'Ordering Fingerprint Cards & Training Aids'. Direct questions to the Identification and Investigative Services Section's Customer Service Group at (304) 625-5590 or by e-mail at <ialson@loc.gov>.

**PRIVACY ACT STATEMENT**

**Authority:** The FBI's acquisition, preservation, and exchange of information requested by this form is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include numerous Federal statutes, hundreds of State statutes pursuant to Pub.L. 92-544, Presidential executive orders, regulations and/or orders of the Attorney General of the United States, or other authorized authorities. Examples include, but are not limited to: 5 U.S.C. 9101; Pub.L. 94-29; Pub.L. 101-604; and Executive Orders 10450 and 12968. Providing the requested information is voluntary; however, failure to furnish the information may affect timely completion or approval of your application.

**Social Security Account Number (SSAN).** Your SSAN is needed to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), the requesting agency is responsible for informing you whether disclosure is mandatory or voluntary, by what statutory or other authority your SSAN is solicited, and what uses will be made of it. Executive Order 9397 also asks Federal agencies to use this number to help identify individuals in agency records.

**Principal Purpose:** Certain determinations, such as employment, security, licensing, and adoption, may be predicated on fingerprint-based checks. Your fingerprints and other information contained on (and along with) this form may be submitted to the requesting agency, the agency conducting the application investigation, and/or FBI for the purpose of comparing the submitted information to available records in order to identify other information that may be pertinent to the application. During the processing of this application, and for as long hereafter as may be relevant to the activity for which this application is being submitted, the FBI may disclose any potentially pertinent information to the requesting agency and/or to the agency conducting the investigation. The FBI may also retain the submitted information in the FBI's permanent collection of fingerprints and related information, where it will be subject to comparisons against other submissions received by the FBI. Depending on the nature of your application, the requesting agency and/or the agency conducting the application investigation may also retain the fingerprints and other submitted information for other authorized purposes of such agency(ies).

**Routine Uses:** The fingerprints and information reported on this form may be disclosed pursuant to your consent, and may also be disclosed by the FBI without your consent as permitted by the Federal Privacy Act of 1974 (5 USC 552a(b)) and all applicable routine uses as may be published at any time in the Federal Register, including the routine uses for the FBI Fingerprint Identification Records System (Justice/FBI-009) and the FBI's Blanket Routine Uses (Justice/FBI-BRU). Routine uses include, but are not limited to, disclosures to: appropriate governmental authorities responsible for civil or criminal law enforcement, counterintelligence, national security or public safety matters to which the information may be relevant; to State and local governmental agencies and nongovernmental entities for application processing as authorized by Federal and State legislation, executive order, or regulation, including employment, security, licensing, and adoption checks; and as otherwise authorized by law, treaty, executive order, regulation, or other lawful authority. If other agencies are involved in processing this application, they may have additional routine uses.

**Additional Information:** The requesting agency and/or the agency conducting the application-investigation will provide you additional information pertinent to the specific circumstances of this application, which may include identification of other authorities, purposes, uses, and consequences of not providing requested information. In addition, any such agency in the Federal Executive Branch has also published notice in the Federal Register describing any system(s) of records in which that agency may also maintain your records, including the authorities, purposes, and routine uses for the system(s).

**INSTRUCTIONS:**

* 1. PRINTS MUST GENERALLY BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WH CH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.
2. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.
3. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.
** MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO, PASSPORT NO. [FP], ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS) VETERANS' ADMINISTRATION CLAIM NO. (VA).

---

**1. LOOP**



- CENTER OF LOOP
- DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

**2. WHORL**



- DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

**3. ARCH**



ARCHES HAVE NO DELTAS

FD-258 (REV. 12-10-07)



Pro Se Acknowledge

```
2014-CI-19219
150TH JUDICIAL DISTRICT COURT
ALI R ZARGARAN TO MOSHE GOLDSMITH  VS
DATE FILED: 12/11/2014
```

Cause Number: _____

I have received, read and understand all of the Pro Se Hearing Guidelines. I agree to abide by these guidelines and understand that my failure to do so may result in adverse action against me, that I may be asked to leave the Courtroom, or that I may not receive the relief I am seeking.

If the opposing party will sign a **Waiver of Citation**, it is only valid if the notarized signature is dated <u>at least one (1) day after</u> the date the **Original Petition for Divorce** is filed.

If I am filing for a divorce or for a change in custody, and my spouse and I care for minor-age children, I will take the required class, **"Helping Children Cope with Divorce"**, <u>before</u> asking the court to enter a final Order or Decree. I understand that my divorce will not be granted without presenting the certificate of completion.

I understand that I may hire an attorney to represent me or, if I meet certain requirements, I may be entitled to free counsel. By choosing to voluntarily represent myself, I am now proceeding Pro Se. I will receive no special favors, assistance, or advice from the Judge, judicial staff, or clerks as they cannot and do not represent either party in the litigation. I will be expected to comply with all relevant rules of procedural, evidentiary, and substantive law. I understand that the filing and service fees are not refundable under any circumstance.

_____     12/11/2014
Signature of Pro Se Litigant                Date

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
'14 DEC 11 AM 9:10
BY_____ DEPUTY

DOCUMENT SCANNED AS FILED

# Civil Case Information Sheet

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: 2014-CI-19219

150TH JUDICIAL DISTRICT COURT

**STYLED** In the Matter *(e.g., John Smith)* ALI R ZARGARAN TO MOSHE GOLDSMITH VS : Jackson)

**DATE FILED:** 12/11/2014

A civil case information sheet must be completed ... new civil, family law, probate, or mental health case or when a post-judgment motion for modification or enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

**Name:** Ali Reza Zargaran
**Email:** [redacted]
**Address:** 10431 Springcroft Court
**Telephone:** (954) 850-0058
**City/State/Zip:** Helotes, Texas 78023
**Fax:**
**Signature:** [signature]
**State Bar No:**

**Names of parties in case:**
Plaintiff(s)/Petitioner(s): Ali Reza Zargaran
Defendant(s)/Respondent(s):

*[Attach additional page as necessary to list all parties]*

**Person or entity completing sheet is:**
- [ ] Attorney for Plaintiff/Petitioner
- [x] *Pro Se* Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other: _____

**Additional Parties in Child Support Case:**
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**

*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:

- [ ] Motor Vehicle Accident
- [ ] Premises

*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:

- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [x] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

*[Filed stamp: 14 DEC 11 AM 9:08, DONNA KAY McKINNEY DISTRICT CLERK BEXAR COUNTY, BY Brenda Q. [signature] DEPUTY]*

**DOCUMENT SCANNED AS FILED**

FILED
12/15/2014 4:09:18 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Marissa Ugarte

Case 14-01894-RBR    Doc 28    Filed 02/19/15    Page 15 of 18

CAUSE NO. 2014CI19219

| | | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| | § | |
| ALI REZA ZARGARAN, | § | 150TH JUDICIAL DISTRICT |
| | § | |
| AN ADULT | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEARANCE OF RETAINED COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PATRICK J. TOSCANO, Attorney at Law, in the above styled and numbered cause and respectfully files this Notice of Appearance and, states:

I.

PATRICK J. TOSCANO of TOSCANO LAW FIRM, PC, has accepted employment in the above numbered cause.

Petitioner, ALI REZA ZARGARAN, requests that all communications from the Court or other counsel be sent to PATRICK J. TOSCANO of TOSCANO LAW FIRM, PC, at 846 Culebra Road, Ste. 104, San Antonio, Texas 78201, as attorney for the Petitioner.

Respectfully submitted,

**TOSCANO LAW FIRM, PC**
846 Culebra Rd., Ste. 104
San Antonio, Texas 78201
Telephone: (210) 732-6091
Facsimile: (210) 736-0439
toscanolawfirm@gmail.com


By:  /s/ Patrick J. Toscano
        PATRICK J. TOSCANO
        State Bar No. 24025684

ATTORNEY FOR PETITIONER



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva Suite 217
San Antonio, TX 78205
Return Service Requested

2014CI19219 -S000001

* RULE 306A *
* OFFICIAL NOTICE *

2014-CI-19219        12/18/2014
ALI R ZARGARAN TO MOSHE GOLDSM
VS
IN THE 150TH DISTRICT COURT
OF BEXAR COUNTY, TEXAS, A
JUDGMENT/ORDER/DECREE WAS
SIGNED BY THE HONORABLE
DAVID A. CANALES
PRESIDING ON THE 16TH DAY OF
DECEMBER A.D., 2014.
A COPY OF THIS DOCUMENT IS
AVAILABLE AT THE ABOVE ADDRESS

ALI REZA ZARGARAN
10431 SPRINGCROFT CT
HELOTES TX 78023

FILE COPY

DOCUMENT SCANNED AS FILED

**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva Suite 217
San Antonio, TX 78205
Return Service Requested

2014CI19219 -S00002

* RULE 306A *
* OFFICIAL NOTICE *

PATRICK TOSCANO
846 CULEBRA RD STE 104
SAN ANTONIO TX 78201

FILE COPY

2014-CI-19219     12/18/2014
ALI R ZARGARAN TO MOSHE GOLDSM
VS
IN THE 150TH DISTRICT COURT
OF BEXAR COUNTY, TEXAS, A
JUDGMENT/ORDER/DECREE WAS
SIGNED BY THE HONORABLE
DAVID A. CANALES
PRESIDING ON THE 16TH DAY OF
DECEMBER A.D., 2014.
A COPY OF THIS DOCUMENT IS
AVAILABLE AT THE ABOVE ADDRESS

DOCUMENT SCANNED AS FILED

# THE DISTRICT COURTS OF BEXAR COUNTY




BEXAR COUNTY COURTHOUSE
100 DOLOROSA
SAN ANTONIO, TEXAS 78205

December 11, 2014

Mr. Ali R Zargaran
10431 Spring Croft
Helotes, TX 78023

RE: Cause No. 2014-CI-19219
In the Matter of the Change of Name of ALI R ZARGARAN TO MOSHE GOLDSMITH
Filed in the 150th District Court

Dear Mr. Zargaran:

    This letter confirms your court date as February 4, 2015. The hearing will be held in the Presiding District Court, Room 109, Bexar County Courthouse, San Antonio, Texas. You **must** be present in the courtroom at 2:00 P.M. Anyone who has not arrived by 2:00 will be **required** to reschedule to another date. Please remember that you must **bring your ORDER FOR NAME CHANGE, an original or certified copy of your birth certificate, picture ID, and all other documents related to your case.** The hearing will take approximately one hour. After the hearing you will be taken to the Records Department of the District Clerk's office where you will be able to purchase a certified copy of your decree/order. The cost of a certified copy is $1.00 per page + $1.00 for the certification page. The Clerk accepts cash and Discover card only.

    You must dress appropriately for the courtroom. If you are not dressed appropriately, you will not be seen by the judge. **NO tank tops, spaghetti straps, shorts, flip-flops, sandals, ripped or torn jeans, hats, revealing dress, clothing with obscene phrases or pictures or overly soiled clothing will be allowed in the courtroom.** Also, all cellular phones and pagers must be TURNED OFF prior to entering the courtroom and NO newspapers, food, drink or chewing gum is allowed.

Very truly yours,

Dinah Gaines
Brett VanGheluwe
Staff Attorney
Bexar County Civil District Courts

BVG/lco

OFFICE OF STAFF ATTORNEY • PHONE (210) 335-2123 • FAX (210) 335-1108
DOCUMENT SCANNED AS FILED