UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 14-24390-RBR
                                                                                        Chapter 7

ALI REZA ZARGARAN,

       Debtor.
_____/

KENNETH A. WELT, as Chapter 7 Trustee for                 Adv. Pro. No. 14-01894-RBR
Ali Reza Zargaran,

       Plaintiff,

v.

ALI REZA ZARGARAN, MARYAM BAKER,
and ALI REZA ZARGARAN, M.D. PA.,

       Defendants.
_____/

## NOTICE OF LIS PENDENS

TO:    **MARYAM BAKER**, and all others to whom it may concern:

You are notified of the interest held by Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the *"Trustee"*) for the bankruptcy estate of ALI REZA ZARGARAN (the *"Debtor"*), in the following real property (the *"Property"*) located at 1300 NE Miami Gardens Drive, Unit 519E, Miami, FL 33179, described as:

> Condominium Parcel No. 519 of Tower East located on the Fifth Floor of THE WILSHIRE CONDOMINIUM according to the Declaration of Condominium thereof as recorded In Official Records Book 9268, Page 1633 of the Public Records of DADE County, Florida, together with any appurtenances thereon and amendments thereto, If any and together with the exclusive use of Parking Space No. 421.

No liens or encumbrances shall or may be placed on the Property without the express consent of the Trustee pursuant to § 549 of the United States Bankruptcy Code.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Notice of Lis Pendens was served on April 9, 2015, via U.S. Mail upon: Ali Reza Zargaran, 1749 SE 10 St, Ft Lauderdale, FL 33316; Ali Reza Zargaran, 10431 Springcroft Court, Helotes, TX 78023; Maryam Baker, 1749 SE 10 St, Ft Lauderdale, FL 33316; Maryam Baker, 10431 Springcroft Court, Helotes, TX 78023 and 1300 NE Miami Gardens Drive, Unit 519E, Miami, FL 33179; and Ali Reza Zargaran M.D. P.A., 50 N.E. 26TH Avenue Suite 404, Pompano Beach, FL 33062.

        s/ Lawrence E. Pecan
        Lawrence E. Pecan, Esquire
        Florida Bar No. 990866
        lpecan@melandrussin.com
        MELAND RUSSIN & BUDWICK, P.A.
        3200 Southeast Financial Center
        200 South Biscayne Boulevard
        Miami, Florida  33131
        Telephone: (305) 358-6363
        Telecopy: (305) 358-1221
        *Attorneys for Trustee*